The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a New York company,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPEDITORS INTERNATIONAL OCEAN, INC., a Washington corporation,<br><br>    Defendant. | No. 2:19-cv-01586-JLR<br><br>PARTIES' JOINT MOTION TO EXTEND CASE SCHEDULE<br><br>**Note for Motion: September 24, 2020** |

COME NOW the parties, and hereby stipulate and jointly move the Court, pursuant to LCR 16(b)(6), to extend the trial date from March 29, 2021 to a date no sooner than October 25, 2021, or as soon thereafter as the Court may conveniently schedule trial, and to extend all pre-trial case schedule deadlines (Dkt 10) accordingly.

This case's facts and circumstances are addressed in defendant's pending motion for partial summary judgment regarding limitation of liability filed July 30, 2020 (Dkt 12), and plaintiff's response thereto. Briefly, it involves a shipment of ocean cargo from China to Japan

PARTIES' JOINT MOTION TO EXTEND CASE SCHEDULE - 1
Case No. No. 2:19-cv-01586-JLR

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

FG:53798414.1

1 which plaintiff alleges was damaged in transit.  Plaintiff is the shipper's subrogee, and seeks
2 recovery from defendant of insurance proceeds it paid the shipper.

3 The Court's decision on the pending motion may either terminate the case, or require
4 discovery as to liability and damages.

5 Discovery in this matter would be costly and difficult in light of the pandemic, and the
6 location of all fact witnesses and evidence overseas.  The parties have reasonably prosecuted the
7 case in the current environment, which culminated in defendant's pending motion.  The parties
8 wish to avoid potentially unnecessary costs, which would be extensive, as well as inconvenience
9 to party and non-party witnesses, by deferring discovery until after the Court has ruled on
10 defendant's motion.

11 The Court may extend the case scheduling dates for good cause.  LCR 16(b)(6).  The
12 parties submit that good cause exists to extend the trial and associated case dates for the reasons
13 stated above.  The parties respectfully request that the Court enter a new case schedule with the
14 following dates, or on dates as soon thereafter as is convenient to the Court:

| | |
|---|---|
| **BENCH TRIAL DATE** | October 25, 2021 (Length of Trial 2 days) |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 1, 2021 |
| Discovery completed by | April 30, 2021 |
| Agreed pretrial order due | October 4, 2021 |
| Deposition designations submitted to the court per LCR 32(e) | October 11, 2021 |
| Pretrial conference to be held on March 22, 2021 | October ___, 2021 |
| Trial briefs and proposed findings | October 18, 2021 |

PARTIES' JOINT MOTION TO EXTEND CASE SCHEDULE - 2
Case No. No. 2:19-cv-01586-JLR

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

FG:53798414.1

1  of fact and conclusions of law by

2  

3        DATED this 24th day of September, 2020.

4

5                                             *s/ Steven W. Block*

                                           Steven W. Block, WSBA No. 24299

6                                             FOSTER GARVEY PC

                                           1111 Third Avenue, Suite 3000

7                                             Seattle, Washington  98101-3292

                                           Telephone: (206) 447-4400

8                                             Facsimile: (206) 447-9700

                                           Email:  steve.block@foster.com

9                                             *Attorney for Defendant*

10

11                                            *s/ Vi Jean Reno*

                                           Vi Jean Reno, WSBA No. 9385

12                                            LAW OFFICES OF VI JEAN RENO

                                           1420 Fifth Avenue, Suite 3000

13                                            Seattle, WA 98101

                                           Telephone: (206) 622-4100

14                                            Facsimile: (206) 464-0461

                                           Email:  vjreno@renolawsea.com

15                                            *Attorney for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

PARTIES' JOINT MOTION TO EXTEND CASE SCHEDULE - 3  
Case No. No. 2:19-cv-01586-JLR

FOSTER GARVEY PC  
1111 Third Avenue, Suite 3000  
Seattle, Washington 98101-3292  
Phone (206) 447-4400  
Fax (206) 447-9700

FG:53798414.1

**ORDER**

The parties having so stipulated, and the Court finding good cause for entry hereof, NOW, THEREFORE, IT IS HEREBY ORDERED that ~~the case schedule be reset in accordance with the above listed dates.~~ the parties' stipulated motion is GRANTED.  The court shall issue a new case schedule.

Dated this 28th day of  September , 2020.

JLR

_____
The Honorable James L. Robart
United States District Court Judge

Presented by

s/ Steven W. Block
Steven W. Block, WSBA No. 24299
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: steve.block@foster.com
*Attorney for Defendant*

s/ Vi Jean Reno
Vi Jean Reno, WSBA No. 9385
LAW OFFICES OF VI JEAN RENO
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 622-4100
Facsimile: (206) 464-0461
Email: vjreno@renolawsea.com
*Attorney for Plaintiff*